ARMORED CARRIER CORP. *v.* UNITED
STATES ET AL.

No. 1011.  Decided May 8, 1967.

*J. Kevin Murphy* for appellant.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Robert W. Ginnane* and *Nahum Litt* for the United States et al., and *Seymour D. Lewis* for B. D. C. Corp., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

FIFTH AVENUE COACH LINES, INC., ET AL. *v.*
CITY OF NEW YORK.

No. 1095.  Decided May 8, 1967.

*Jesse Climenko* for appellants.

*J. Lee Rankin* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.